IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD GOMEZ, | 1:11-cv-00087-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 12.) |
| vs. | |
| FERNANDO GONZALEZ, et al., | ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION (Doc. 10.) |
| Defendants. | |

Trinidad Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2011, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunction, filed on February 28, 2011, be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 23, 2011, are adopted in full; and

2. Plaintiff's motion for preliminary injunction, filed on February 28, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   July 14, 2011                        /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1